

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00234-CV

IN RE MIKE SMITH AND VAN                                    RELATORS
SHAW

------------

## ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relators' petition for writ of mandamus and request for emergency relief and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus and request for emergency relief are denied.

PER CURIAM

PANEL: WALKER, J.; LIVINGSTON, C.J.; and MCCOY, J.

DELIVERED: July 8, 2013

---

[1]*See* Tex. R. App. P. 47.4, 52.8(d).